UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                            CASE NO.  3:26-cr-163-MMH-LLL

MONE JO FORD

## ORDER

The Motion for Capias filed herein by the United States of America is hereby

GRANTED, and a capias shall issue for the Defendant. The conditions for the

Defendant's release or detention shall be set by the proper judicial officer upon arrest.

DONE AND ORDERED at Jacksonville, Florida, this 30th day of July,

2026.

_____
United States Magistrate Judge

Copies to:

United States Attorney Richard L. Lasseter
United States Marshal